**Merle Blankenship, Plaintiff-Appellee, v. Arthur Tretter, Defendant-Appellant.**

**Gen. No. 65–80. (Abstract of Decision.)**

Fifth District.
September 15, 1966.

Richard E. White, of Murphysboro, for appellant; Feirich & Feirich, of Carbondale, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.